United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Jose Pablo Ibarra Aguinaga, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5032 |
| | § | |
| Raymond Thompson, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DENYING TRANSFER REQUEST**

Before the Court is Respondents' Advisory of Custodial Transfer. Doc. 11. Respondents inform the Court that Petitioner Jose Pablo Ibarra Aguinaga is now detained at the Limestone County Detention Center in Groesbeck, Texas, which is located in the Western District of Texas. *Id.* at 1.[1] Citing the "immediate custodian" rule, *see Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004), Respondents contend that Petitioner's transfer out of this District deprives the Court of jurisdiction, and they request that this case be transferred to the United States District Court for the Western District of Texas. *See id.* at 1–2.

The Court does not lack jurisdiction. When Petitioner filed the Petition, he was detained at the Joe Corley Processing Center in Conroe, Texas, which is located in the Southern District of Texas. Docs. 1 ¶ 30, 1-2, 11 at 2.[2] Jurisdiction attached at the time the

---

[1] *See also* 28 U.S.C. § 124(d)(2) (situating Limestone County within the Western District of Texas, Waco Division).

[2] *See also* 28 U.S.C. § 124(b)(2) (situating Montgomery County within the Southern District of Texas, Houston Division).

Petition was filed and was not destroyed by Petitioner's subsequent transfer and accompanying custodial change. *See Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) (collecting cases); *Lee v. Wetzel*, 244 F.3d 370, 375 n.5 (5th Cir. 2001). Therefore, because Petitioner's immediate custodian at the time of filing was located in the Southern District, the Petition is properly before this Court. The transfer request is DENIED.

   **SO ORDERED.**

   **SIGNED** at Houston, Texas, on the 3rd of August, 2026.

_____
Nicholas J. Ganjei
United States District Judge